IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CYNTHIA YACKS, | No. CV 07-280-TUC-RCC |
| Plaintiff, | **ORDER** |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

On January 27, 2009, the Honorable Bernardo P. Velasco, United States Magistrate Judge, filed a Report and Recommendation ("Recommendation") in this action (Docket No. 18). The Recommendation advised the Court to GRANT the Plaintiff's Motion for Summary Judgment (Docket No. 10) and REMAND the case.

The Court considers the Recommendation (Docket No. 18) to be thorough and well-reasoned. After a thorough and de novo review of the record, the Court will ADOPT the Recommendation of Magistrate Judge Velasco.

DATED this 17th day of February, 2009.

Raner C. Collins
United States District Judge